Official Form 1 (04/10)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Mammoth Equities, LLC,**<br>**a Nevada Limited Liability Company** | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): **88-0353496** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**20532 El Toro Road**<br>**Suite 112**<br>**Mission Viejo CA**   ZIPCODE **92692-3161** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIPCODE |
| County of Residence or of the Principal Place of Business:  **Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**   ZIPCODE | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **SAME** | ZIPCODE |

### Type of Debtor (Form of organization)
(Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

### Nature of Business
(Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

### Chapter 11 Debtors:
**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Filing Fee (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Official Form 1 (04/10)     FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mammoth Equities, LLC,**<br>**a Nevada Limited Liability Company** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years    (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X _____    09/03/2010<br>Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                            FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mammoth Equities, LLC,**<br>**a Nevada Limited Liability Company** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed name of Foreign Representative)<br><br>09/03/2010<br>(Date) |
| **Signature of Attorney**<br>X */s/ D. Edward Hays*<br>Signature of Attorney for Debtor(s)<br>**D. Edward Hays  162507**<br>Printed Name of Attorney for Debtor(s)<br>**Marshack Hays LLP**<br>Firm Name<br>**5410 Trabuco Road**<br>Address<br>**Suite 130**<br><br>**Irvine CA  92620**<br><br>**949.333.7777**<br>Telephone Number<br>**09/03/2010**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Robert Leroy Wish*<br>Signature of Authorized Individual<br>**Robert Leroy Wish**<br>Printed Name of Authorized Individual<br>**Managing Member**<br>Title of Authorized Individual<br>**09/03/2010**<br>Date | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Verification of Creditor Mailing List - (Rev. 10/05)    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _D. Edward Hays_

Address _5410 Trabuco Road Suite 130 Irvine, CA 92620_

Telephone _949.333.7777_

[X]  Attorney for Debtor(s)
[ ]  Debtor In Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: <br> In re  Mammoth Equities, LLC | Case No. |
| --- | --- |
| | Chapter 7 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _12_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _09/03/2010_

Attorney: _D. Edward Hays_

Debtor: _Mammoth Equities, LLC_
By: Robert Leroy Wish, Managing Member

Joint Debtor:

```
D  Edward Hays
5410 Trabuco Road
Suite 130
Irvine  CA  92620


Mammoth Equities  LLC
20532 El Toro Road
Suite 112
Mission Viejo  CA  92692-3161


Office of the U S  Trustee
411 W  Fourth Street
Suite 9041
Santa Ana  CA  92701
```

```
American Express
P O  Box 0001
Los Angeles  CA  90096-8000


American Express
P O  Box 981535
El Paso  TX  79998-1535


American Security Bank
1 MacArthur Blvd
Suite 110
Santa Ana  CA  92707


Ballenger Cleveland & Issa LLC
19800 MacArthur Blvd
Suite 650
Irvine  CA  92612


Bank of America  N A
214 North Tryon Street
Charlotte  NC  28255-0001


Bank of America/LaSalle Bank
Special Assets Group
300 S  4th St   4th Fl
Las Vegas  NV  89101


Bank of the West
4041 MacArthur Blvd
Suite 100
Newport Beach  CA  92660
```

```
Bank of the West
3000 Oak Road
Suite 400
Walnut Creek  CA  94597


Betty Wish
P O  Box 91951
Henderson  NV  89009-1951


BMW Financial Services
Rolls Royce Motor Cars NA
5550 Britton Parkway
Hilliard  OH  43026


Brier  Irish  Hubbard & Erhart
2400 E  Arizona Biltmore Cir
Suite 1300
Phoenix  AZ  85016


Butler Burgher Group
4300 Alexander Drive
Suite 200
Alpharetta  GA  30022


Candlewood Suites Hotel
Holiday Hospitality Franch
Three Ravinia Dr
Atlanta  GA  30346


Card Service Center
P O  Box 569091
Dallas  TX  75356-9091
```

```
Chevron & Texaco Bus  Card
P O  Box 70887
Charlotte  NC  28272-0887


Comerica Bank
75 E  Trimble Road
San Jose  CA  95131


Corcovelos Law Firm
1001 Sixth St   #280
Manhattan Beach  CA  90266


Daniel C  Carlton
19700 Fairchild Road
Suite 280
Irvine  CA  92612


David S  Schonfeld
801 E  Chapman Ave
Suite 214
Fullerton  CA  92831


Deborah A  Christensen Trust
3040 Appletree Drive
Lake Havasu City  AZ  864040


Department of Motor Vehicles
P O  Box 942894
Sacramento  CA  94294-0894
```

```
Diversified Builders Services
393 W  Fooothill Blvd
Suite 101
Claremont   CA   91711-2710


Diversified Pac  Opp Fund I
10621 Civic Center Drive
Rancho Cucamonga  CA   91730


Diversified Pac  Opp  Fund I
393 W  Foothill Blvd
Suite 101
Claremont  CA   91711


Erin Wish Ryerson
26 Mountain Laurel
Trabuco Canyon  CA   92679


First Security Business Bank
803 E  Katella Avenue
Orange  CA   92867


FTB
Bankruptcy Unit
P O  Box 2952
Sacramento  CA   95812-2952


GE Capital
P O  Box 31001-0271
Pasadena  CA   91110-0271
```

```
GE Capital
P O  Box 3083
Cedar Rapids  IA  52406-3083


Glenn M  Gelman & Assoc
1941 E  17th Street
Santa Ana  CA  92705


Grant  Genovese & Baratta LLP
2030 Main Street
Suite 1600
Irvine  CA  92614


Hospital Developers LLC
1420 Bristol St  North
Suite 200
Newport Beach  CA  92660


IMH Secured Loan Fund  LLC
11333 N  Scottsdale Road
Suite 160
Scottsdale  AZ  85254


InterContinental Hotels Group
Three Ravinia Dr   #100
Atlanta  GA  30346-2149


Iron Mountain
P O  Box 601002
Pasadena  CA  91189-1002
```

```
IRS
P O  Box 21126
Philadelphia  PA  19114


Joseph A  Ryerson
25 Mountain Laurel
Trabuco Canyon  CA  92679


JP Morgan Chase
555 Dividend Dr   #150
Mailstop 3545 PMTX
Coppell  TX  75019-0000


Keybank N A
911 Main Street
Suite 1500
Kansas City  MO  64105


La Salle Bank Natl
135 S  LaSalle Street
Suite 1225
Chicago  IL  60603


Lanlogic  Inc
248 Rickenbacker Circle
Livermore  CA  94551


Mammoth Arrowhead I  LLC
20532 El Toro Rd
Suite 112
Mission Viejo  CA  92692-3161
```

```
Mammoth Carlsbard I  LLC
20532 El Toro Road
Suite 112
Mission Viejo  CA  92692-3161


Mammoth Chandler I  LLC
20532 El Toro Road
Suite 112
Mission Viejo  CA  92692-3161


Mammoth Equities Cap Group LLC
20432 El Toro Rd
Suite 112
Mission Viejo  CA  92692-3161


Mammoth San Juan Capistrano I
20532 El Toro Road
Suite 112
Mission Viejo  CA  92692-3161


Manatt  Phelps & Phillips
11355 W  Olympic Blvd
Los Angeles  CA  90064


McMillan Law Group
5402 Ruffin Rd
Suite 105
San Diego  CA  92123


Mercedes Benz Financial
P O  Box 9001680
Louisville  KY  40290-1680
```

```
Mercedes Benz Financial
P O  Box 685
Roanoke  TX  76262


Mercedes Benz Financial
P O  Box 77860
Fort Worth  TX  76177-0860


Mercedes Benz of Anaheim
200 N  Via Cortez
Anaheim  CA  92807


Michael and Jennifer Porter
17151 La Collette Place
Yorba Linda  CA  92886


Nogle Onufer Assoc  Architects
2398 San Diego Ave
San Diego  CA  92110


Orange Community Bank
1045 W  Katella Ave
Suite 100
Orange  CA  92867


Oswald & Yap LLP
16148 San Canyon Ave
Irvine  CA  92618
```

```
Pacific Mercantile Bank
949 S  Coast Drive
3rd Fl
Costa Mesa  CA  92626


Pacific Mercantile Bank
450 Newport Center Drive
Suite 100
Newport Beach  CA  92660


Pitney Bowes
2225 American Drive
Neenah  WI  54956-1005


Pitney Bowes Global Fin  Serv
P O  Box 856460
Louisville  KY  40285-6460


Putnam Leasing
300 Main Street
6th Floor
Stamford  CT  06901


Rolls Royce Motor Cars
P O  Box 78103
Phoenix  AZ  85062-8103


Ron Cordova  Esq
16520 Bake Pkwy   Ste 280
Irvine  CA  92618
```

```
Rosen Saba LLP
468 N  Camden Drive
Beverly Hills  CA  90210


San Diego Credit Union
6545 Sequence Drive
San Diego  CA  92121


Six Continents Hotels  Inc
General Counsel
Three Ravinia Dr   Suite 100
Atlanta  GA  30346-2149


Sovereign Bank
P O  Box 13098
Reading  PA  19612-3098


Sovereign Bank
Vehicle Funding
3 Huntington Quadrange  101N
Melville  NY  11747-4616


Sparkletts
P O  Box 660579
Dallas  TX  75266-0579


Sullivan Curtis Monroe
1920 Main Street
Suite 600
Irvine  CA  92614
```

```
Surveyors Group
Doucet + SGI
9001 Foothills Blvd   #150
Roseville   CA   95747


Susquenna Bank
1 Centre Drive
Jamesburg   NJ   08831-1564


The Toll Roads
P O  Box 50310
Irvine   CA   92619


US Bank   N A /PFF Bank & Trust
P O   Box 2729
Rancho Cucamonga   CA   91729-2729


US Bank/PFF Bank & Trust
9467 Milliken Ave
Rancho Cucamonga   CA   91730


Verizon Wireless
P O   Box 660108
Dallas   TX   75266-0108


Wells Fargo Bank
420 Cowper Street
Palo Alto   CA   94301
```